IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYNTHES SPINE COMPANY, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-162-M (BH) |
| | § | |
| POTENTIAL MEDICAL SERVICES I, LLC, et al. | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE AND JUDGMENT
AWARDING FEES AND COSTS**

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Plaintiff Synthes Spine Company, L.P.'s Petition for Attorneys' Fees, Costs, and Interest*, filed April 11, 2008. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Plaintiff Synthes Spine Company, L.P.'s Petition for Attorneys' Fees, Costs, and Interest*, filed April 11, 2008, is hereby GRANTED in part. The amount of awarded attorney's fees is $562,788.24. The amount of awarded costs is $175,561.60. The total awarded for attorney's fees and costs is $756,634.84. Additionally, Synthes receives an award of post-judgment interest in the amount of $41.85 per day against all Defendants and an additional $7.48 per day against Harless only from April 12, 2008, and continuing until the award is satisfied.

SIGNED this 26th day of September, 2008.

                                                         **BARBARA M. G. LYNN**
                                                       **UNITED STATES DISTRICT JUDGE**
                                                       **NORTHERN DISTRICT OF TEXAS**